IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 337

| | |
|---|---|
| TERESA WATSON and RICHARD WATSON, )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>U.S. GEAR TOOLS, INC. and )<br>MICROMATIC LLC, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Joseph L. Anderson's Application for Admission to Practice *Pro Hac Vice* of Douglas P. Desjardins. It appearing that Douglas P. Desjardins is a member in good standing with the Washington D.C. Bar and will be appearing with Joseph L. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Joseph L. Anderson's Application for Admission to Practice *Pro Hac Vice* (#10) of Douglas P. Desjardins is **GRANTED**, and that Douglas P. Desjardins is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Joseph L. Anderson.

Signed: November 15, 2012

Dennis L. Howell
United States Magistrate Judge