IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv337

| | |
|---|---|
| RICHARD WATSON AND TERESA WATSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| U.S. GEAR TOOLS, INC. and MICROMATIC, LLC, | ) ) ) ) |
| Defendants. | ) ) |

Pending before the Court is the Motion to Seal [# 26]. Plaintiffs move for leave to file the exhibits to the motion to amend complaint they plan on filing in the future under seal. Defendants consent to the motion. Upon a review of Plaintiff's motion, the docket, and for good cause shown, the Court **GRANTS** the Motion [# 26].

Signed: March 29, 2013

Dennis L. Howell
United States Magistrate Judge