# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv337

| | | |
|---|---|---|
| TERESA WATKINS and RICHARD WATKINS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | ORDER |
| U.S. GEAR TOOLS, INC. and MICROMATIC LLC, | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion to Seal Documents [# 47]. Defendant moves for leave to file under seal an expert report that contains confidential medical information of Plaintiff Richard Watson. Although Plaintiffs contend that the report is not relevant, whether or not the expert report is relevant to the claims or defenses in this case is of no concern for determining whether or not the Court should seal the report. Upon a review of the record and the relevant legal authority, the Court **GRANTS** the motion [# 47]. The expert report [# 46] shall remain under seal until further Order of this Court.

Signed: August 14, 2013

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge