IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:12-cv-337

| | |
|---|---|
| TERESA WATSON and RICHARD WATSON, ) ) ) Plaintiffs, ) ) v. ) ) U.S. GEAR TOOLS, INC., ) MICROMATIC LLC, and ) TEXTRON INC., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Notice of the parties advising that this case has been settled [Doc. 115]. The Court will allow the parties thirty (30) days within which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: January 10, 2014

Martin Reidinger
United States District Judge